UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: JORGE PUERTA & LUDIVIA PUERTA

Case No.: 18-18150
Chapter: 13
Judge: RG

## NOTICE OF PROPOSED PRIVATE SALE

Jorge & Luvidia Puerta, the Debtors, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk: Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102
Phone (973) 645-4764

If an objection is filed, a hearing will be held before the Honorable Rosemary Gambardella on 9/18/19 at 10:00 a.m. at the United States Bankruptcy Court, courtroom no. 3E, 50 Walnut St. Newark, NJ 07102. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold: 172 Wilson Avenue, Kearny, NJ 07032

Proposed Purchaser: Weihua Qing and Xiaonana Shi

Sale price: $385,000.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional: Tamayo Oppenheimer/Binghu Zhang & Robert B. Davis, Esq.
Amount to be paid: $21,450.00
Services rendered: Property listing, legal services, negotiations

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Davis Law Center, LLC

Address: 3 Main Street, Newark, NJ 07105

Telephone No.: (973) 315-7566

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-18150-RG
Jorge Puerta                                                          Chapter 13
Ludivia P Puerta
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Sep 16, 2019
                              Form ID: pdf905          Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 18, 2019.
```
db/jdb         +Jorge Puerta,    Ludivia P Puerta,    172 Wilson Ave,    Kearny, NJ 07032-3338
cr             +Specialized Loan Servicing LLC,    PO Box 636007,    Littleton, CO 80163-6007
517472939      +Amex,    Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
517472940     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,     Attn: Bankruptcy,    Po Box 982238,
                El Paso, TX 79998)
517610580      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
517472944      +Citibank/The Home Depot,    Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
517597924      +Department Stores National Bank,    Citibank, N.A.,    701 East 60th Street North,
                Sioux Falls, SD 57104-0493
517984765       Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                Kirkland, WA  98083-0657
517518181      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                Highlands Ranch, Colorado 80129-2386
517472949      +Specialized Loan Servicing/SLS,    Attn: Bankruptcy Dept,    8742 Lucent Blvd #300,
                Highlands Ranch, CO 80129-2386
517472965      +TD Auto Financial,    Po Box 9223,    Farmington Hills, MI 48333-9223
517472966      +The Homedepot/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
517472967      +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
517472968     #+Wells Fargo Bank,na/,    Po Box 1697,    Winterville, NC 28590-1697

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 17 2019 00:15:58      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 17 2019 00:15:55      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517615010       E-mail/PDF: resurgentbknotifications@resurgent.com Sep 17 2019 00:18:43
                Ashley Funding Services, LLC its successors and,     assigns as assignee of Laboratory,
                Corporation of America Holdings,     Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
517472943      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 17 2019 00:18:03       Capital One,
                Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517495889       E-mail/Text: mrdiscen@discover.com Sep 17 2019 00:14:58       Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany, OH   43054-3025
517472946      +E-mail/Text: mrdiscen@discover.com Sep 17 2019 00:14:58       Discover Financial,    Po Box 3025,
                New Albany, OH 43054-3025
517590697      +E-mail/Text: bankruptcydpt@mcmcg.com Sep 17 2019 00:15:55       Midland Funding LLC,
                PO Box 2011,    Warren, MI 48090-2011
517591362       E-mail/Text: bnc-quantum@quantum3group.com Sep 17 2019 00:15:51
                Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
517472950      +E-mail/PDF: gecsedi@recoverycorp.com Sep 17 2019 00:17:56       Synchrony Bank/ JC Penneys,
                Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
517472951      +E-mail/PDF: gecsedi@recoverycorp.com Sep 17 2019 00:19:02       Synchrony Bank/ Old Navy,
                Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
517472953      +E-mail/PDF: gecsedi@recoverycorp.com Sep 17 2019 00:19:01       Synchrony Bank/Gap,
                Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
517472959      +E-mail/PDF: gecsedi@recoverycorp.com Sep 17 2019 00:17:56       Synchrony Bank/TJX,
                Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
517472962      +E-mail/PDF: gecsedi@recoverycorp.com Sep 17 2019 00:17:56       Synchrony Bank/Walmart,
                Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
                                                                                              TOTAL: 13

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517472948       Michael Harrison Esq
517472942*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,     Attn: Bankruptcy,    Po Box 982238,
                El Paso, TX 79998)
517472941*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,     Attn: Bankruptcy,    Po Box 982238,
                El Paso, TX 79998)
517472945*     +Citibank/The Home Depot,    Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
517472947*     +Discover Financial,    Po Box 3025,    New Albany, OH 43054-3025
517472952*     +Synchrony Bank/ Old Navy,    Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
517472954*     +Synchrony Bank/Gap,    Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
517472955*     +Synchrony Bank/Gap,    Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
517472956*     +Synchrony Bank/Gap,    Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
517472957*     +Synchrony Bank/Old Navy,    Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
517472958*     +Synchrony Bank/Old Navy,    Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
517472960*     +Synchrony Bank/TJX,    Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
517472961*     +Synchrony Bank/TJX,    Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
517472963*     +Synchrony Bank/Walmart,    Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
517472964*     +Synchrony Bank/Walmart,    Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
```

```
District/off: 0312-2          User: admin              Page 2 of 2                    Date Rcvd: Sep 16, 2019
                              Form ID: pdf905          Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

TOTALS: 1, * 14, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2019 at the address(es) listed below:
              Marie-Ann  Greenberg     magecf@magtrustee.com
              Robert B Davis    on behalf of Joint Debtor Ludivia P Puerta Rob@davislawcenterllc.com,
               teamdlc@davislawcenterllc.com;r62529@notify.bestcase.com
              Robert B Davis    on behalf of Debtor Jorge  Puerta Rob@davislawcenterllc.com,
               teamdlc@davislawcenterllc.com;r62529@notify.bestcase.com
              Robert P. Saltzman    on behalf of Creditor   Specialized Loan Servicing LLC dnj@pbslaw.org
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5