Form order – ntcorder

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 18−18150−RG
                Chapter: 13
                Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jorge Puerta                                    Ludivia P Puerta
   172 Wilson Ave                               172 Wilson Ave
   Kearny, NJ 07032                         Kearny, NJ 07032

Social Security No.:
   xxx−xx−5706                                    xxx−xx−8780

Employer's Tax I.D. No.:

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

     Please be advised that on September 30, 2019, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 61 − 52
Order Granting Application to Employ Binghu Zhang as Real Estate Broker (Related Doc # 52). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 9/27/2019. (car)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: September 30, 2019
JAN: car

                                                                              Jeanne Naughton
                                                                               Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-18150-RG
Jorge Puerta                                                          Chapter 13
Ludivia P Puerta
          Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Sep 30, 2019
                              Form ID: orderntc        Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 02, 2019.
db/jdb         +Jorge Puerta,    Ludivia P Puerta,    172 Wilson Ave,    Kearny, NJ 07032-3338
r              +Binghu Zhang,    BHHS NJ Properties,    392 Springfield Avenue,    Summit, NJ 07901-2706
cr             +Specialized Loan Servicing LLC,    PO Box 636007,    Littleton, CO 80163-6007
r              +Tamayo Oppenheimer,    201 Montgomery Street,    Suite 263,    Jersey City, NJ 07302-5057

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 30, 2019 at the address(es) listed below:
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Specialized Loan Servicing LLC
               rsolarz@kmllawgroup.com
              Robert P. Saltzman    on behalf of Creditor    Specialized Loan Servicing LLC dnj@pbslaw.org
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Vincent Ansetti    on behalf of Debtor Jorge  Puerta vincent@ansettilaw.com,
               vincent@ansettilaw.com
              Vincent Ansetti    on behalf of Joint Debtor Ludivia P Puerta vincent@ansettilaw.com,
               vincent@ansettilaw.com
                                                                                             TOTAL: 6