UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DAVIS LAW CENTER, LLC
VINCENT ANSETTI, ESQ. NJB 007992005
Of Counsel
3 MAIN STREET
NEWARK, NJ 07105
T: (973) 315-7566
Attorney for DebtorS

Order Filed on September 27, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

JORGE P. PUERTA & LUVIDIA P. PUERTA

Case No.:  18-18150

Chapter:  13

Judge:  RG

## ORDER AUTHORIZING RETENTION OF

ROBERT B. DAVIS, ESQ.

The relief set forth on the following page is **ORDERED**.

**DATED: September 27, 2019**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain   Robert B. Davis, Esq.
as   Real Estate Attorney  , it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:  Davis Law Center, LLC
   3 Main Street
   Newark, New Jersey 07105

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

   ☒ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-18150-RG
Jorge Puerta                                                            Chapter 13
Ludivia P Puerta
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Sep 30, 2019
                              Form ID: pdf903          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2019.
db/jdb        +Jorge Puerta,   Ludivia P Puerta,   172 Wilson Ave,   Kearny, NJ 07032-3338
aty           +Davis Robert,   Davis Law Center, LLC,   3 Main Street,   Newark, NJ 07105-3509

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 30, 2019 at the address(es) listed below:
              Marie-Ann   Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Specialized Loan Servicing LLC
               rsolarz@kmllawgroup.com
              Robert P. Saltzman    on behalf of Creditor    Specialized Loan Servicing LLC dnj@pbslaw.org
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Vincent   Ansetti    on behalf of Debtor Jorge  Puerta vincent@ansettilaw.com,
               vincent@ansettilaw.com
              Vincent   Ansetti    on behalf of Joint Debtor Ludivia P Puerta vincent@ansettilaw.com,
               vincent@ansettilaw.com
                                                                                                TOTAL: 6