Form cscnodsc − ntccsclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−18150−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Jorge Puerta
172 Wilson Ave
Kearny, NJ 07032

Ludivia P Puerta
172 Wilson Ave
Kearny, NJ 07032

Social Security No.:
xxx−xx−5706

xxx−xx−8780

Employer's Tax I.D. No.:

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

☐ Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

☐ Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

☑ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☑ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐ Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

☐ Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

☐ Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐ Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐ An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐ An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

    If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.

Dated: February 28, 2020
JAN: wdh

                                              Jeanne Naughton
                                              Clerk

```
                                United States Bankruptcy Court
                                     District of New Jersey

In re:                                                             Case No. 18-18150-RG
Jorge Puerta                                                       Chapter 13
Ludivia P Puerta
         Debtors                      CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                  Page 1 of 2                  Date Rcvd: Feb 28, 2020
                              Form ID: cscnodsc            Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 01, 2020.
db/jdb         #+Jorge Puerta,    Ludivia P Puerta,    172 Wilson Ave,    Kearny, NJ 07032-3338
aty            +Davis Robert,    Davis Law Center, LLC,    3 Main Street,    Newark, NJ 07105-3509
r              +Binghu Zhang,    BHHS NJ Properties,    392 Springfield Avenue,    Summit, NJ 07901-2706
cr             +Specialized Loan Servicing LLC,    PO Box 636007,    Littleton, CO 80163-6007
r              +Tamayo Oppenheimer,    201 Montgomery Street,    Suite 263,    Jersey City, NJ 07302-5057
517472939      +Amex,    Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
517472940     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:  Bank Of America,    Attn: Bankruptcy,    Po Box 982238,
                El Paso, TX 79998)
517610580      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
517472944      +Citibank/The Home Depot,    Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
517597924      +Department Stores National Bank,    Citibank, N.A.,    701 East 60th Street North,
                Sioux Falls, SD 57104-0493
517518181      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                Highlands Ranch, Colorado 80129-2386
517472949      +Specialized Loan Servicing/SLS,    Attn: Bankruptcy Dept,    8742 Lucent Blvd #300,
                Highlands Ranch, CO 80129-2386
517472965      +TD Auto Financial,    Po Box 9223,    Farmington Hills, MI 48333-9223
517472966      +The Homedepot/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
517472967      +Visa Dept Store National Bank/Macy’s,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 29 2020 00:20:27      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 29 2020 00:20:25      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517615010       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 29 2020 00:18:28
                Ashley Funding Services, LLC its successors and,     assigns as assignee of Laboratory,
                Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
517472943      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 29 2020 00:18:17      Capital One,
                Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517984765       E-mail/Text: bnc-quantum@quantum3group.com Feb 29 2020 00:20:20
                Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                Kirkland, WA  98083-0657
517495889       E-mail/Text: mrdiscen@discover.com Feb 29 2020 00:19:43      Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
517472946      +E-mail/Text: mrdiscen@discover.com Feb 29 2020 00:19:43      Discover Financial,    Po Box 3025,
                New Albany, OH 43054-3025
517590697      +E-mail/Text: bankruptcydpt@mcmcg.com Feb 29 2020 00:20:24      Midland Funding LLC,
                PO Box 2011,    Warren, MI 48090-2011
517591362       E-mail/Text: bnc-quantum@quantum3group.com Feb 29 2020 00:20:20
                Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
517472950      +E-mail/PDF: gecsedi@recoverycorp.com Feb 29 2020 00:17:09      Synchrony Bank/ JC Penneys,
                Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
517472951      +E-mail/PDF: gecsedi@recoverycorp.com Feb 29 2020 00:17:10      Synchrony Bank/ Old Navy,
                Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
517472953      +E-mail/PDF: gecsedi@recoverycorp.com Feb 29 2020 00:17:10      Synchrony Bank/Gap,
                Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
517472959      +E-mail/PDF: gecsedi@recoverycorp.com Feb 29 2020 00:18:14      Synchrony Bank/TJX,
                Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
517472962      +E-mail/PDF: gecsedi@recoverycorp.com Feb 29 2020 00:17:39      Synchrony Bank/Walmart,
                Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
                                                                                              TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517472948       Michael Harrison Esq
517472941*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:  Bank Of America,    Attn: Bankruptcy,    Po Box 982238,
                El Paso, TX 79998)
517472942*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:  Bank Of America,    Attn: Bankruptcy,    Po Box 982238,
                El Paso, TX 79998)
517472945*     +Citibank/The Home Depot,    Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
517472947*     +Discover Financial,    Po Box 3025,    New Albany, OH 43054-3025
517472952*     +Synchrony Bank/ Old Navy,    Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
517472954*     +Synchrony Bank/Gap,    Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
517472955*     +Synchrony Bank/Gap,    Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
517472956*     +Synchrony Bank/Gap,    Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
517472957*     +Synchrony Bank/Old Navy,    Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
517472958*     +Synchrony Bank/Old Navy,    Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
517472960*     +Synchrony Bank/TJX,    Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
```

```
District/off: 0312-2          User: admin               Page 2 of 2                  Date Rcvd: Feb 28, 2020
                              Form ID: cscnodsc         Total Noticed: 29


        ***** BYPASSED RECIPIENTS (continued) *****
517472961*     +Synchrony Bank/TJX,    Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
517472963*     +Synchrony Bank/Walmart,    Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
517472964*     +Synchrony Bank/Walmart,    Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
517472968    ##+Wells Fargo Bank,na/,    Po Box 1697,    Winterville, NC 28590-1697
                                                                                               TOTALS: 1, * 14, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 28, 2020 at the address(es) listed below:
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor   Specialized Loan Servicing LLC
               rsolarz@kmllawgroup.com
              Robert P. Saltzman    on behalf of Creditor   Specialized Loan Servicing LLC dnj@pbslaw.org
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Vincent Ansetti    on behalf of Debtor Jorge  Puerta vincent@ansettilaw.com,
               vincent@ansettilaw.com
              Vincent Ansetti    on behalf of Joint Debtor Ludivia P Puerta vincent@ansettilaw.com,
               vincent@ansettilaw.com
                                                                                               TOTAL: 6
```